UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                                              13 cr 245 (JGK)

STEVEN HENLON,                                            **ORDER**
                       Defendant.
-----------------------------------------------------------X

       The parties shall appear for a conference on **Wednesday, November 13, 2024, at 11:30am.**

**SO ORDERED.**

                                                             _____
                                                             **JOHN G. KOELTL**
                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 22, 2024