UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-                                                13 cr 245 (JGK)

STEVEN HENLON,                                           **ORDER**

                      Defendant.
-----------------------------------------------------------X

The conference scheduled for Wednesday, November 13, 2024, at 11:30am, is **adjourned to Thursday, November 21, 2024, at 2:30pm.**

**SO ORDERED.**

                                                              **JOHN G. KOELTL**
                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          November 6, 2024