UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

STEVEN HENLON,

              Defendant.

13-cr-245 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Sentencing in this matter is adjourned to Wednesday, December 18, 2024 at 11:00 a.m.

SO ORDERED.

Dated:   New York, New York
         December 10, 2024

_____
John G. Koeltl
United States District Judge